FILED

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

      Petitioner and Appellee,

                                O R D E R

      v.

JAVIER BAUTISTA-SCHEUBER,

      Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 11(4)(a) requires that a reply brief shall not exceed 5,000 words. Appellant's certificate of compliance states that the reply brief word count is 7,691 with the inclusion of quoted material.

After reviewing the Appellant's reply brief filed on January 26, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that Appellant must resubmit the Reply Brief as an attachment to an e-mail to clerkofsupremecourt@mt.gov and to opposing counsel in either Microsoft Word or .pdf format in accordance with this Court's January 20, 2022 order within ten (10) days of the date of this Order. No extensions will be granted.

The Clerk is directed to provide a true copy of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2022